**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| LENA ARMAS and ANDREA BLUM, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>REALPAGE, INC., GREYSTAR REAL ESTATE PARTNERS, LLC, CH REAL ESTATE SERVICES, LLC, LINCOLN PROPERTY CO., FPI MANAGEMENT, INC., MID-AMERICA APARTMENT COMMUNITIES, INC., AVENUE5 RESIDENTIAL, LLC, EQUITY RESIDENTIAL, ESSEX MANAGEMENT CORPORATION, AVALONBAY COMMUNITIES, INC., COMMUNITIES MANAGEMENT, LLC, SECURITY PROPERTIES INC., B/T WASHINGTON, LLC d/b/a BLANTON TURNER, INDEPENDENCE REALTY TRUST, INC., CUSHMAN & WAKEFIELD, INC., BH MANAGEMENT SERVICES, LLC, and UDR, INC., CAMDEN PROPERTY TRUST, ESSEX PROPERTY TRUST, INC., THRIVE 22<br><br>Defendants. | Civil Action No. 2:22-cv-01726-RSL<br><br>STIPULATED MOTION AND ORDER SUSPENDING DEADLINE FOR DEFENDANT CH REAL ESTATE SERVICES LLC TO RESPOND TO COMPLAINT |

Pursuant to Local Civil Rules 7(d)(1), 7(j), and 10(g), Plaintiffs Lena Armas and Andrea Blum (collectively, "Plaintiffs") and Defendant CH Real Estate Services LLC ("Carter-Haston"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, Plaintiffs filed a Class Action Complaint (the "Complaint") on December 6, 2022. ECF No. 1.

WHEREAS, Plaintiffs and certain other Defendants ("Stipulating Defendants") entered into stipulations that, for purposes of judicial efficiency, suspend the date for Stipulating Defendants to answer, move to dismiss, or otherwise respond to the Complaint. ECF Nos. 51, 55, 68, 72.

WHEREAS, the Court subsequently entered Orders that, *inter alia,* suspended the date for Stipulating Defendants to respond to the Complaint and required the parties to submit a status report by January 18, 2023. ECF Nos. 54, 56, 69, 73.

WHEREAS, on January 18, 2023, Plaintiffs and Stipulating Defendants submitted a joint status report in which Plaintiffs requested that the Court suspend the deadline for Stipulating Defendants to respond to the Complaint until after the Court resolves Plaintiffs' pending Motion to Consolidate (ECF No. 70) and Stipulating Defendants requested that the Court continue to suspend the deadline until after the U.S. Joint Panel on Multidistrict Litigation rules on a pending motion to centralize related actions. ECF No. 75. Those requests are pending.

WHEREAS, Plaintiffs and Carter-Haston believe that judicial efficiency would be served by suspending the deadline for Carter-Haston to answer, move to dismiss, or otherwise respond to the Complaint, so that Carter-Haston's deadline is the same as Stipulating Defendants.

THEREFORE, the parties stipulate and agree to suspend the deadline for Carter-Haston to answer, move to dismiss, or otherwise respond to the Complaint and request that the Court grant the request so that the deadline for Carter-Haston's response to the Complaint is the same deadline as the Court sets for the Stipulating Defendants.

In making this stipulation, Carter-Haston does not waive, in this or any other action, any (i) defenses or arguments for dismissal that may be available under Fed. R. Civ. P. 12; (ii) affirmative

defenses under Fed. R. Civ. P. 8; (iii) other statutory or common law defenses that may be available; or (iv) right to seek or oppose any reassignment, transfer, or consolidated alternatives. Carter-Haston expressly reserves its rights to raise any such defenses (or any other defense) in response to either the Complaint or any original, amended, or consolidated complaint that may be filed in this or any other action.

STIPULATED to this 8th day of February, 2023.

s/ Steve W. Berman
Steve W. Berman (WSBA No. 12536)
steve@hbsslaw.com
Breanna Van Engelen (WSBA No. 49213)
breannav@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292

*Counsel for Plaintiffs Lena Armas and Andrea Blum Individually and on Behalf of All Others Similarly Situated*

s/ J. Douglas Baldridge
J. Douglas Baldridge (WSBA No. 37247)
JBaldridge@Venable.com
VENABLE LLP
600 Massachusetts Avenue NW
Washington, D.C. 20001
Telephone: (202) 344-4703

Danielle R. Foley (*pro hac vice* forthcoming)
DRFoley@Venable.com
VENABLE LLP
600 Massachusetts Avenue NW
Washington, D.C. 20001
Telephone: (202) 344-4343

*Attorneys for Defendant CH Real Estate Services LLC*

**ORDER**

THIS MATTER came before the Court on the parties' Stipulated Motion to Suspend the Deadline for Defendant to Respond to the Complaint. Now, therefore, IT IS HEREBY ORDERED THAT:

The deadline for Defendant CH Real Estate Services LLC to answer, move to dismiss, or otherwise respond to the Complaint is hereby suspended.

DATED this 9th day of February, 2023.

Robert S. Lasnik
United States District Judge

Presented by:

*s/ Steve W. Berman*
Steve W. Berman (WSBA No. 12536)
steve@hbsslaw.com
Breanna Van Engelen (WSBA No. 49213)
breannav@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292

*Counsel for Plaintiffs Lena Armas and Andrea Blum Individually and on Behalf of All Others Similarly Situated*

*s/ J. Douglas Baldridge*
J. Douglas Baldridge (WSBA No. 37247)
JBaldridge@Venable.com
VENABLE LLP
600 Massachusetts Avenue NW
Washington, D.C. 20001
Telephone: (202) 344-4703

1
2   Danielle R. Foley (*pro hac vice* forthcoming)
    DRFoley@Venable.com
3   VENABLE LLP
    600 Massachusetts Avenue NW
4   Washington, D.C. 20001
    Telephone: (202) 344-4343
5
6   *Attorneys for Defendant
    CH Real Estate Services LLC*
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28